**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CALABRIA RISTORANTE, INC.,, individually and o/b/o all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>RUGGIERO SEAFOOD, INC; PERFORMANCE FOOD GROUP a.k.a. PERFORMANCE FOOD SERVICE; ROMA FOOD ENTERPRISES, INC.; NGC, INC. d/b/a THE TOWN DOCK; and JOHN DOES (1-10); XYZ CORPORATIONS (1-10) (Multiple Alternative Fictitious Entities),<br><br>Defendants.<br><br>PERFORMANCE FOOD GROUP, INC.,<br><br>Third-Party Plaintiff,<br>vs.<br><br>RUGGIERO SEAFOOD, INC.; and NGC, INC. d/b/a THE TOWN DOCK<br><br>Third-Party Defendants. | **Case No: 2:21-cv-03712-JXN-AME**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, CALABRIA RISTORANTE, INC.; Defendant / Third Party Plaintiff, PERFORMANCE FOOD GROUP, INC. (improperly plead as "PERFORMANCE FOOD GROUP a.k.a. PERFORMANCE FOOD SERVICE");



Doc ID: 980884db197eb0980833b908f6e86e63b0274d6e

Defendant / Third-Party Defendant, RUGGIERO SEAFOOD, INC; and Defendant / Third-Party Defendant NGC, INC. d/b/a THE TOWN DOCK, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims of Plaintiff, Defendants, Third-Party Plaintiff, and Third-Party Defendants.

Richard King, Esq.
King Barnes, LLC
2600 New Road, Ste. A
Northfield, NJ 08225
*Attorney for Plaintiff*

Dated: 3-31-25

*/s/ Ronald L. Israel (with permission)*

Ronald L. Israel, Esq.
Chiesa, Shahinian & Giantomasi, P.C.
105 Eisenhower Parkway
Roseland, NJ 07068
*Attorney for Ruggiero Seafood, Inc.*

Dated: 3/31/2026

William K. Pelosi, Esq.
Litchfield Cavo, LLP
475 Haddonfield Road
Suite 200
Cherry Hill, NJ 08002
*Attorney for NGC d/b/a Town Dock*

Dated: 3-25-26

*/s/ Philip A. Goldstein*

Philip A. Goldstein, Esq.
McGuire Woods, LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
*Attorney for Performance Food Group, Inc.*

Dated: 4/28/2026

**So ORDERED on 4/29/2026:**

JULIEN XAVIER NEALS
United States District Judge



Doc ID: 980684db197eb0980833b908f5e66e63b0274d6e